IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| LORI J. MITCHELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. CIV-11-139-W |
| | ) | |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

On October 12, 2011, United States Magistrate Judge Bana Roberts issued a Report and Recommendation in this case and recommended that the decision of defendant Michael J. Astrue, Commissioner of the Social Security Administration ("Commissioner"), denying the Applications for Disability Insurance Benefits and Supplemental Security Income filed by plaintiff Lori J. Mitchell be affirmed. Mitchell was advised of her right to file written objections to the Report and Recommendation, and the matter now comes before the Court on Mitchell's Objections to the Magistrate Judge's Report and Recommendation [Doc. 20].

Upon de novo review of the record, the Court finds no error has occurred warranting the requested reversal and remand and therefore, the Court concurs with Magistrate Judge Roberts' suggested disposition of this matter. The Commissioner's relevant factual findings are supported by substantial evidence in light of the entire record, and he applied the correct legal standards. E.g., O'Dell v. Shalala, 44 F.3d 855, 858 (10th Cir. 1994).

Accordingly, the Court

(1) ADOPTS the Report and Recommendation [Doc. 18] issued on October 31, 2011;

(2) AFFIRMS the Commissioner's decision to deny Mitchell's Applications for Disability Insurance Benefits and Supplemental Security Income;

(3) ORDERS that judgment in favor of the Commissioner issue forthwith.

ENTERED this __14th__ day of November, 2011.

LEE R. WEST
UNITED STATES DISTRICT JUDGE